**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TAHER BASMA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENEDX HOLDINGS CORP., KATHERINE STUELAND, and KEVIN FEELEY,<br><br>Defendants. | Case No.: 3:26-cv-00880-KAD<br><br>Hon. Kari A. Dooley<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |
| MANAS KANUNGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENEDX HOLDINGS CORP., KATHERINE STUELAND, and KEVIN FEELEY,<br><br>Defendants. | Case No.: 3:26-cv-01203-VAB<br><br>Hon. Victor A. Bolden<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION OF THE RETIREMENT SYSTEMS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that proposed Lead Plaintiff Plymouth County Retirement Association ("Plymouth County") and the City of Detroit General Retirement System ("GRSD," and together with Plymouth County, the "Retirement Systems") hereby respectfully move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) consolidating the above-captioned securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Retirement Systems as Lead Plaintiff; (3) approving their selection of Saxena White P.A. ("Saxena White") as Lead Counsel for the Class and Diserio Martin O'Connor & Castiglioni LLP ("Diserio Martin") as Liaison Counsel for the Class; and (4) granting any such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Retirement Systems believe they are the "most adequate plaintiff" under the PSLRA and are therefore entitled to be appointed Lead Plaintiff. Specifically, the Retirement Systems believe they have the "largest financial interest" in the relief sought by the Class in the Related Actions. The Retirement Systems also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims, and they will fairly and adequately represent the Class.

The Retirement Systems' Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Jonathan P. Whitcomb filed herewith and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court. A [Proposed] Order is attached hereto.

WHEREFORE, the Retirement Systems respectfully request that the Court: (1) consolidate the Related Actions; (2) appoint the Retirement Systems as Lead Plaintiff for the Class pursuant to the PSLRA; (3) approve their selection of Saxena White as Lead Counsel for the Class and Diserio Martin as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: August 3, 2026

Respectfully submitted,

**DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP**

*/s/ Jonathan P. Whitcomb*
Jonathan P. Whitcomb (ct15014)
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Tel.: (203) 358-0800
Fax: (203) 348-2321
Email: jwhitcomb@dmoc.com

*Liaison Counsel for Proposed Lead Plaintiff the Retirement Systems, and Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff the Retirement Systems, and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Jonathan P. Whitcomb*
Jonathan P. Whitcomb